In the Matter of the Claim of ALICE GORLE against ALFRED E. JOY COMPANY et al., Respondents.

STATE INDUSTRIAL COMMISSION, Appellant.

*Workmen's Compensation Law — injury resulting in death — when claimant not entitled to compensation for first fourteen days of disability.*

*Gorle* v. *Joy Co.*, 194 App. Div. 945, affirmed.

(Argued January 11, 1921; decided January 25, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 12, 1920, modifying an award of the state industrial commission, made under the Workmen's Compensation Law, by striking out compensation for the first fourteen days of disability. Claimant's husband in the course of his employment cut his left forearm. The wound became infected, general septicaemia set in and he died twenty-three days later. The industrial commission held that " Inasmuch as the accidental injuries sustained by Henry Gorle on December 24, 1919, resulted in his death on January 16, 1920, the period of disability of Henry Gorle from December 24, 1919, to January 16, 1920, resulting in his death, constituted a period of disability exceeding 49 days, and the period of disability from December 24, 1919, to January 16, 1920, is compensatable within the provisions of the Workmen's Com-

pensation Law." Defendant argued and the Appellate Division held that under section 12 of said law no compensation was allowable for the first fourteen days of disability.

*Charles D. Newton*, Attorney-General (*E. C. Aiken* of counsel), for appellant.

*William H. Foster* and *James B. Henney* for respondents.

Order affirmed, with costs against the state industrial commission; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.